UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCONDIDO UNION HIGH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>TONY ALOY and ASHLEY WENDEL, Parents on behalf of C.A., a minor Student,<br><br>Defendants. | Case No.:  24-cv-1653-RSH-JLB<br><br>**ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[ECF No. 12] |

On September 16, 2024, plaintiff Escondido Union High School District ("District"), filed the instant action seeking reversal of a decision from the State of California's Office of Administrative Hearings ("OAH"), pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq*. ECF No. 1. On September 23, 2024, this case was reassigned to the undersigned. ECF No. 4.

Now pending is the Parties joint motion to file under seal the entire copy of the OAH administrative record. ECF No. 12. For the reasons discussed below, the Court grants the motion.

1    A party seeking to seal a judicial record attached to a dispositive motion or one that
2 is presented at trial must articulate "compelling reasons" in favor of sealing. *See Kamakana*
3 *v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Parties contend that
4 the administrative record contains "private and sensitive information regarding Student's
5 disabilities, psychological and medical information, and educational records." ECF No. 12
6 at 2. The Parties also contend that the information is "protected from public disclosure
7 under the Family Educational Rights and Privacy Act [("FERPA")], as well as California
8 State law." 20 U.S.C. § 1232g; 34 C.F.R. Part 99; Cal. Educ. Code § 49062, *et seq.*

9    FERPA prohibits federal funding of an educational institution that "has a policy or
10 practice of releasing, or providing access to, any personally identifiable information in
11 education records" without the written consent of the student, a lawfully issued subpoena,
12 or a judicial order. 20 U.S.C. § 1232g(b)(2). The term "personally identifiable information"
13 means information such as names, birthdates, social security numbers, and "[o]ther
14 information that, alone or in combination, is linked or linkable to a specific student that
15 would allow a reasonable person in the school community, who does not have personal
16 knowledge of the relevant circumstances, to identify the student with reasonable certainty."
17 34 C.F.R. § 99.3.

18    Here, Defendants provide compelling reasons to seal the administrative record. *See,*
19 *e.g., D.L. v. Poway Unified Sch. Dist.*, No. 19-CV-0780- GPC-RBB, at *3–4 (S.D. Cal.
20 Nov. 1, 2019) (sealing OAH record and hearing transcripts); *G.R. v. Del Mar Union Sch.*
21 *Dist.*, No. 19-cv-132-AJB-MSB, at *1 (S.D. Cal. Aug. 12, 2019) (sealing record of a due
22 process hearing before OAH). The administrative record contains references to the
23 disabilities, educational records, and medical information of a minor, and such material is
24 "largely protected from public disclosure by both federal and state law." *J.M. v. Oakland*
25 *Unified Sch. Dist.*, No. 17-CV-04986-HSG, 2018 WL 6574190, at *8 (N.D. Cal. Dec. 13,
26 2018).

27    Further, the prohibited references here are "too numerous to redact," *A.B. ex rel.*
28 *W.F.B. v. San Francisco Unified Sch. Dist.*, No. C 07-4738 PJH, 2007 WL 2900527 at *1

(N.D. Cal. Oct. 2, 2007), "as the administrative record is voluminous." *E.M. v. Poway Unified Sch. Dist.*, No. 19-cv-00689-JM-MSB, at *2 (S.D. Cal. July 29, 2019). Indeed, the documents total more than 2,000 pages and contain sensitive details pertaining to the minor Defendant throughout. *See* ECF No. 13.

Accordingly, the Court **GRANTS** the Parties' Joint Motion to File Documents Under Seal. ECF No. 12. The Clerk of Court is **DIRECTED** to file the documents, currently lodged with the Court at ECF Nos. 13 and 15, **UNDER SEAL**.

**IT IS SO ORDERED**.

Dated: February 13, 2025

_____
Hon. Robert S. Huie
United States District Judge